**Order entered January 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01495-CR

**JONATHAN BRUCE REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F81-01988-K**

## ORDER

The Court previously ordered the Dallas County District Clerk to file supplemental clerk's records containing the indictment as well as other documents filed in this case. The Court has received the other documents, but neither the clerk's record nor the supplemental clerk's records contain the indictment.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental record containing copies of the indictment and the State's December 16, 2010 motion to amend the indictment.

We **DIRECT** the Clerk to transmit copies of this order, by electronic transmission, to the Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk, Criminal

Records Division; and to counsel for all parties.


                                              /s/       DAVID W. EVANS
                                                        JUSTICE